USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/26/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X

UNITED STATES OF AMERICA,

        Plaintiff,

    -against-

LUIS JIMENEZ,

        Defendant.

------------------------------------X

92-cr-550 (JSR)

**ORDER GRANTING PERMISSION TO FILE DOCUMENTS UNDER SEAL**

JED S. RAKOFF, U.S.D.J.

    Defendant Luis A. Jimenez seeks permission to file under seal certain exhibits in support of his forthcoming motion for a sentence reduction pursuant to Section 404 of the First Step Act. In particular, Defendant seeks permission to file under seal the following exhibits because they contain sensitive, non-public information about the Defendant, his health, and his family: (a) his Presentence Report; (b) his Bureau of Prisons Educational Transcript; (c) his Bureau of Prisons Individualized Reentry Plan; and (d) his Bureau of Prisons Disciplinary Record. Moreover, the Defendant seeks permission to file redacted versions of the following exhibits because they contain the personal addresses of Defendant's children, as well as a picture of his family: (a) a letter from Albert Jimenez; (b) a letter from Stephanie Jimenez; and (c) a letter from Taisha Jimenez.

    The Court hereby GRANTS Defendant permission to file these exhibits under seal. A redacted version of the sealed documents must be filed electronically via ECF.

    SO ORDERED.

                                        HON. JED S. RAKOFF, U.S.D.J.

Dated:    New York, New York
             February 25, 2020