```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA            :
                                    :
             -v-                    :      92-cr-550 (JSR)
                                    :
LUIS JIMENEZ,                       :
                                    :      ORDER
             Defendant.             :
------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

JED S. RAKOFF, U.S.D.J.

On December 17, 2019, the Court received a pro se motion of defendant Luis Jimenez, dated December 11, 2019, for sentence reduction purportedly under the First Step Act. Subsequently, however, he retained pro bono counsel who has today filed a motion under the First Step Act, which, by defendant's own admission, supersedes the pro se motion. See ECF Nos. 485, 486, 488. Accordingly, the pro se motion is denied without prejudice and the Court will now undertake consideration of the counseled motion.

The Clerk of the Court should close the entry bearing docket number 488.

SO ORDERED.

Dated:   New York, NY
         February 26, 2029

                                              _____
                                              JED S. RAKOFF, U.S.D.J.

1