AO 247 (SDNY Rev. 07/19) Order Regarding Motion for Sentence Reduction Pursuant to First Step Act of 2018 and 18 U.S.C. § 3582(c)(1)(B)

Case 1:92-cr-00550-JSR   Document 502   Filed 04/30/20   Page 1 of 1

Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Luis Jimenez | ) | Case No: S3 92cr550-01(JSR) |
| | ) | USM No: 31900-054 |
| Date of Original Judgment: 04/20/1994 | ) | |
| Date of Previous Amended Judgment: | ) | Isabela Garcez, Timothy Cuffman, Mark Goodman, Esqs. |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO FIRST STEP ACT AND 18 U.S.C. § 3582(c)(1)(B)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court for a reduction in sentence based on the First Step Act of 2018, Pub. L. No. 115-391, 132 Stat. 5194, 5222 (2018), a statute that expressly permits modification of an imposed term of imprisonment, and having considered such motion under 18 U.S.C. § 3582(c)(1)(B), and having taken into account the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of   life   months **is reduced to**   360 months   .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated   04/20/1994   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   04/30/2020

*Judge's signature*

Effective Date: _____
*(if different from order date)*

Hon. Jed S. Rakoff, U.S.D.J.
*Printed name and title*